UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**OMID AGHAZADEH, an individual doing business aa GOLDEN CAPITAL HOLDINGS**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:25-cv-00888-TLN-AC<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Adela Velazquez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Omid Aghazadeh in Los Angeles County, CA on March 29, 2025 at 9:44 am at 18665 Horace Street, Porter Ranch, CA 91326 by refusal service by identifying the following documents, offering to deliver them to a person identified to me as Omid Aghazadeh who refused service, and then leaving the documents in a conspicuous place.

Summons In A Civil Case, Civil Cover Sheet, Return Of Service, Class Action Complaint

Additional Description:
Upon arrival. Movers were there clearing the house. I approached the open front door, calling out individuals' names. He was recognized from a prior attempt and refused to accept service. He was wearing a blue baseball cap. I dropped served the document, advising him I was placing the document down. No response.

Unknown Male, est. age 45-54, glasses: N, Unknown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=34.2694593,-118.539506
Photograph: See Exhibit 1

Total Cost: $125.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Los Angeles County   ,

   CA   on   4/1/2025   .

/s/ *Adela Velazquez*

Adela Velazquez - +1 (818) 804-6789
Registration No.: 2017242308
Registration County: Los Angeles County



Exhibit 1a)



Exhibit 1b)



Exhibit 1c)



Exhibit 1d)



Exhibit 1e)