# REQUEST FOR PERMISSION TO FILE ELECTRONICALLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No. 2:25-cv-00888 TLN AC

TO THE HONORABLE COURT:

I, Omid Aghazadeh, the pro se defendant in the above-captioned case, respectfully request permission from the Court to register for and utilize the Court's CM/ECF electronic filing system for purposes of submitting and receiving documents in this case.

I understand and agree to abide by all applicable rules and procedures governing electronic filing and service, including the Court's Local Rules and the Federal Rules of Civil Procedure.

I request this access to allow for timely and efficient filing of documents, notices, and responses in this matter. I further request that the Court issue an order permitting me to electronically file documents in this case as a non-attorney party.

Respectfully submitted,

Dated: April 03, 2025

Omid Aghazadeh
Pro Se Defendant
9250 Reseda Blvd Unit 10049
Northridge, CA 91324
(407) 504-2171

# COURT FILING COVER SHEET

TO: Clerk of Court
U.S. District Court – Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814
ATTN: Pro Se Filing – Case No. 2:25-cv-00888 TLN AC

FROM: Omid Aghazadeh
Pro Se Defendant
9250 Reseda Blvd Unit 10049
Northridge, CA 91324
(407) 504-2171

**RE: Submission of Pro Se Request for E-Filing Access**

Dear Clerk of Court,

Enclosed please find a signed Request for Permission to File Electronically submitted by the pro se defendant in the above-captioned matter.

This document is submitted in accordance with Local Rule 133(b)(2) and pursuant to the court's instructions regarding requests for CM/ECF access for non-attorney parties.

Please kindly forward this request to the assigned judge for consideration.

Thank you for your time and assistance.

Sincerely,

Omid Aghazadeh