UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, | No. 2:25-cv-00888 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| OMID AGHAZADEH, | |
| Defendant. | |

The court is in receipt of the pro se defendant's ex parte request to participate in electronic filing pursuant to Local Rule 133(b). ECF No. 8. The court has reviewed the filing and, upon finding good cause, GRANTS defendant's request. The clerk of court is hereby ordered to make the necessary arrangements to allow defendant to participate in electronic filing for this case.

IT IS SO ORDERED.

DATED: April 21, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE