IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mark AUSSIEKER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"**<br><br>*Defendant.* | Case No. 2:25-cv-00888-TLN-AC<br><br>**[PROPOSED ORDER] DENYING DEFENDANT'S "MOTION TO QUASH SERVICE OF PROCESS" (ECF NO. 10)** |

AND NOW, this _____ day of _____, 202___, upon consideration of the Defendant's Motion to Quash Service of Process (ECF No. 10), it is ORDERED that the motion is DENIED.

_____
                                                                                                                        J.