UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Omid Aghazadeh,
Defendant,

v.

Mark Aussieker,
Plaintiff.

Case No. 2:25-cv-00888 TLN AC

# NOTICE OF CHANGE OF MAILING ADDRESS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the mailing address for Omid Aghazadeh, pro se defendant in the above-captioned matter, has changed.

Effective immediately, all court correspondence and service of documents by mail should be directed to:

**18017 Chatsworth Street, Unit 46**
**Granada Hills, CA 91344**

This address is provided for court correspondence purposes only and should not be construed as a waiver of personal service requirements.

I respectfully request that the court update its records accordingly.

Dated: May 13, 2025

Respectfully submitted,

/s/ Omid Aghazadeh
Omid Aghazadeh
Pro Se Defendant