UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Omid Aghazadeh,
Defendant,

v.

Mark Aussieker,
Plaintiff.

Case No. 2:25-cv-00888 TLN AC

# DEFENDANT'S MOTION TO EXTEND DEADLINES FOR JOINT SCHEDULING REPORT AND COURT'S SCHEDULING ORDER REVIEW

TO THE COURT AND ALL PARTIES OF RECORD:

Defendant Omid Aghazadeh respectfully moves the Court for a brief extension of two procedural deadlines currently set in this matter:

1. The deadline to file the Joint Scheduling Report, currently due July 28, 2025, to be extended to August 12, 2025.

2. The Court's Scheduling Order Review, currently set for August 8, 2025, to be extended to August 23, 2025.

This request is made in good faith and for good cause. Defendant is a pro se litigant who has been actively participating in this case, including preparation for the Rule 26(f) conference. However, Defendant has a pre-scheduled vacation during the period leading up to the current July 28 deadline, which was arranged prior to the initiation of litigation in this matter and cannot be rescheduled.

Plaintiff's counsel was contacted and declined to stipulate to this extension. Nonetheless, the extension is modest, will not prejudice the plaintiff, and will serve the interests of fairness and efficiency.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and extend the deadlines as proposed.

1

Dated: June 9, 2025
Respectfully submitted,

Omid Aghazadeh
Pro Se Defendant