UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Omid Aghazadeh,
Defendant,

v.

Mark Aussieker,
Plaintiff.

Case No. 2:25-cv-00888 TLN AC

# DECLARATION OF OMID AGHAZADEH IN SUPPORT OF MOTION TO EXTEND DEADLINES

I, Omid Aghazadeh, declare as follows:

1. I am the defendant in this action and submit this declaration in support of my Motion to Extend Deadlines for the Joint Scheduling Report and the Court's Scheduling Order Review.

2. I am a pro se litigant and have actively participated in the case, including preparing for the Rule 26(f) conference scheduled for June 13, 2025.

3. I have a pre-scheduled, non-refundable vacation arranged before the initiation of this lawsuit schedule, which overlaps with the current July 28 deadline for the Joint Scheduling Report. This trip cannot be postponed or rescheduled.

4. I contacted Plaintiff's counsel and requested a stipulation to extend the deadlines. Counsel declined to stipulate.

5. I am not seeking this extension for purposes of delay. The requested short extension would not prejudice Plaintiff and would allow me sufficient time to prepare and participate meaningfully in the Joint Scheduling Report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 9, 2025.

Omid Aghazadeh

1