UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Omid Aghazadeh,
Defendant,

v.

Mark Aussieker,
Plaintiff.

Case No. 2:25-cv-00888 TLN AC

# ORDER GRANTING MOTION TO EXTEND DEADLINES

Having considered Defendant Omid Aghazadeh's Motion to Extend Deadlines, and good cause appearing, IT IS HEREBY ORDERED:

1. The deadline to file the Joint Scheduling Report is extended from July 28, 2025 to August 12, 2025.

2. The Court's Scheduling Order Review is continued from August 8, 2025 to August 23, 2025.

IT IS SO ORDERED.

Dated: _____          _____
                                   UNITED STATES MAGISTRATE JUDGE

1