UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Omid Aghazadeh,
Defendant,

v.

Mark Aussieker,
Plaintiff.

Case No. 2:25-cv-00888 TLN AC


## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND STRIKE CLASS ALLEGATIONS

Before the Court is the Motion to Dismiss and Strike Class Allegations filed by Defendant Omid Aghazadeh pursuant to Federal Rule of Civil Procedure 12(b)(6), 12(f), and 23(d)(1)(D). Having considered the motion, any opposition thereto, and all pleadings and evidence on file, and for good cause shown:

IT IS HEREBY ORDERED:

1. Defendant's Motion to Dismiss pursuant to Rule 12(b)(6) is:
   ☐ GRANTED with prejudice
   ☐ DENIED

2. Defendant's Motion to Strike the Class Allegations pursuant to Rules 12(f) and 23(d)(1)(D) is:
   ☐ GRANTED
   ☐ DENIED

3. The Clerk of Court is directed to take any appropriate action consistent with this Order.


IT IS SO ORDERED.


Dated: _____          _____
                                   UNITED STATES MAGISTRATE JUDGE