UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Omid Aghazadeh,
Defendant,

v.

Mark Aussieker,
Plaintiff.

Case No. 2:25-cv-00888 TLN AC

# [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY AND ALL RULE 26 OBLIGATIONS

Before the Court is the Motion to Stay Discovery and All Rule 26 Obligations filed by Defendant Omid Aghazadeh. Having considered the motion, any opposition thereto, and the pleadings and evidence on file, and for good cause shown:

IT IS HEREBY ORDERED:

1. Defendant's Motion to Stay Discovery and All Rule 26 Obligations is GRANTED.

2. All discovery in this matter, including the Rule 26(f) conference, initial disclosures under Rule 26(a)(1), and any related scheduling obligations, is hereby STAYED pending the Court's ruling on Defendant's Motion to Dismiss and Strike Class Allegations.

3. The parties shall meet and confer within 14 days of the Court's ruling on the Motion to Dismiss to determine an appropriate timeline for compliance with Rule 26 obligations, if necessary.

IT IS SO ORDERED.

Dated: _____          _____
                                  UNITED STATES MAGISTRATE JUDGE