UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Omid Aghazadeh,
Defendant,

v.

Mark Aussieker,
Plaintiff.

Case No. 2:25-cv-00888 TLN AC

# NOTICE OF FILING EXHIBIT PACKET IN SUPPORT OF DEFENDANT'S MOTIONS (DKT. NOS. 22 & 23)

TO THE COURT AND ALL PARTIES OF RECORD:

Defendant Omid Aghazadeh respectfully submits the attached **Exhibit Packet** in support of his pending **Motion to Dismiss and Strike Class Allegations (Dkt. No. 22)** and **Motion to Stay Discovery and All Rule 26 Obligations (Dkt. No. 23)**.

This packet includes complete, organized versions of all case law cited in Defendant's motions. It is submitted for the Court's convenience and to ensure that all legal authorities referenced are easily accessible and clearly presented.

Defendant files this packet in good faith and in the interest of judicial economy and clarity.

Dated: June 14, 2025
Respectfully submitted,

Omid Aghazadeh
Pro Se Defendant