Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Local Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"**<br><br>*Defendant.* | Case No. 2:25-cv-00888-TLN-AC<br><br>**[PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO DISMISS AND STRIKE** |

    AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss and Strike is hereby DENIED.

                        *BY THE COURT:*

                                              _____
                                                        J.

Prepared: June 25, 2025

                        *s/Andrew Roman Perrong*
                        Andrew Roman Perrong
                        (*Pro Hac Vice*)
                        a@perronglaw.com
                        Perrong Law LLC
                        2657 Mount Carmel Avenue
                        Glenside, PA 19038
                        215-225-5529
                        Lead Attorney for Plaintiff and the Proposed Class