Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Local Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"**<br><br>*Defendant.* | Case No. 2:25-cv-00888-TLN-AC<br><br>**[PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO STAY DISCOVERY** |

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Stay is hereby DENIED.

*BY THE COURT:*

_____
                                                                J.

Prepared: June 25, 2025

<u>s/Andrew Roman Perrong</u>
Andrew Roman Perrong
(*Pro Hac Vice*)
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

- 1 -
PROPOSED ORDER ON MOTION TO STAY
*Aussieker v. Aghazadeh*