UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Omid Aghazadeh,
Defendant,

v.

Mark Aussieker,
Plaintiff.

Case No. 2:25-cv-00888 TLN AC

**NOTICE OF INTENT REGARDING RULE 26(f) CONFERENCE**

Defendant respectfully submits this Notice to inform the Court that, pursuant to Federal Rule of Civil Procedure 26(f) and in light of the Court's Scheduling Order requiring a Joint Status Report by August 12, 2025, Defendant is willing to participate in a Rule 26(f) conference with Plaintiff's counsel before July 22, 2025, if the Court has not yet ruled on the pending Motion to Stay Discovery and Rule 26 Obligations.

Defendant's participation in this conference is **solely for the purpose of complying with Rule 26(f)'s procedural requirements** and should not be construed as a waiver of Defendant's pending **Motion to Stay Discovery and Rule 26 Obligations** (ECF No. 23), which remains fully submitted and scheduled for hearing on July 16, 2025.

Defendant expressly reserves all rights and continues to object to the commencement of discovery, including initial disclosures, until the Court rules on the motion to stay.


Dated: July 8, 2025
Respectfully submitted,


**Omid Aghazadeh**
 Pro Se Defendant

1