Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Local Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mark AUSSIEKER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"**<br><br>*Defendant.* | Case No. 2:25-cv-00888-TLN-AC<br><br>**UNOPPOSED/STIPULATED MOTION FOR EXTENSION OF TIME** |

### UNOPPOSED/STIPULATED MOTION FOR EXTENSION OF TIME

The Plaintiff respectfully requests that he receive a brief one-week extension of time to August 15, 2025 in order to file objections to the Magistrate Judge's Report and Recommendations. This additional time is required as Plaintiff's counsel is currently under the weather, as well as to adequately address all of the arguments made in the motion. Although this relief has been stipulated to by the Parties, the relief is not within the explicit purview of Local Rule 144(a), and as such, this relief is being sought in the form of a Stipulated Motion.

Dated: August 6, 2025

                                                  Plaintiff,
                                                By Counsel

                                                */s/ Andrew Roman Perrong*
                                                Andrew Roman Perrong, Esq.

PA Bar #333687 (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I, Andrew Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this August 6, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com