Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Local Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Mark AUSSIEKER**, individually and on behalf of all others similarly situated,

    *Plaintiff,*

v.

**OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"**

    *Defendant.*

Case No. 2:25-cv-00888-TLN-AC

**[PROPOSED ORDER GRANTING] UNOPPOSED/STIPULATED MOTION FOR EXTENSION OF TIME**

## [PROPOSED ORDER GRANTING] UNOPPOSED/STIPULATED MOTION FOR EXTENSION OF TIME

This matter having come before the Court on the Unopposed/Stipulated Motion of Plaintiff for an Extension of Time to File Objections to the Magistrate's Report and Recommendations until and including August 15, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file a the objections until and including August 15, 2025.

DATED this _____.

_____

J.