UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Mark Aussieker,
Plaintiff,

v.

Omid Aghazadeh,
Defendant.

Case No. 2:25-cv-00888-TLN-AC (PS)

# [PROPOSED] ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; OVERRULING OBJECTIONS; GRANTING MOTION TO DISMISS; CLOSING CASE

The Court has reviewed the Magistrate Judge's Findings and Recommendations (ECF No. 33), Plaintiff's Objections (ECF No. 36), and Defendant's response.

Upon de novo review of the portions to which specific objections were made, the Court hereby:

1. **OVERRULES** Plaintiff's Objections (ECF No. 36);
2. **ADOPTS** the Findings and Recommendations (ECF No. 33) in full;
3. **GRANTS** Defendant's Motion to Dismiss;
4. **DENIES** leave to amend as futile;
5. **DISMISSES** this action **with prejudice**; and
6. **DIRECTS** the Clerk to enter judgment and close the case.

IT IS SO ORDERED.

Dated: _____          _____
                                  Troy L. Nunley
                                  United States District Judge