Docusign Envelope ID: 100414E8-BECA-8072-8170-F085128CAA6D

Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Local Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"**<br><br>*Defendant.* | Case No. 2:25-cv-00888-TLN-AC<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MARK AUSSIEKER

and Defendant OMID AGHAZADEH, hereby stipulate to dismiss the Plaintiff's individual claims

with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 24, 2026

> *s/Andrew Roman Perrong*
> ANDREW ROMAN PERRONG
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

OBJECTIONS TO FINDINGS AND RECOMMENATIONS
*Aussieker v. Aghazadeh*

Signed by:

*Omid Aghazadeh*

s/ _____ 3CD81449629743C

Omid Aghazadeh
18017 Chatsworth Street, Unit 46
Granada Hills, CA 91344
oaghazadeh82@gmail.com
Defendant Pro Se

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically

send a copy to all parties of record on the case.

Dated: June 24, 2026

s/*Andrew Roman Perrong*
Andrew Roman Perrong
(*Pro Hac Vice*)
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

STIPULATION OF DISMISSAL
*Aussieker v. Aghazadeh*