Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Local Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-00888-TLN-AC |
| *Plaintiff,* | **NOTICE OF LODGING OF PROPOSED ORDER GRANTING STIPULATION OF DISMISSAL** |
| *v.* | |
| **OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"** | |
| *Defendant.* | |

- 1 -
PROPOSED ORDER

*Aussieker v. Aghazadeh*

## NOTICE OF LODGING OF
## PROPOSED ORDER GRANTING
## STIPULATION OF DISMISSAL

The Plaintiff hereby files the attached (Proposed) Order on the Stipulation of Dismissal. The proposed order was inadvertently omitted from the underlying document.

Dated: June 25, 2026

*s/ANDREW ROMAN PERRONG*
ANDREW ROMAN PERRONG
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all parties of record on the case.

Dated: June 25, 2026

*s/ANDREW ROMAN PERRONG*
ANDREW ROMAN PERRONG

- 2 -
PROPOSED ORDER

*Aussieker v. Aghazadeh*