Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Local Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually and on behalf of all others similarly situated,<br><br>             *Plaintiff,*<br>*v.*<br><br>**OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"**<br><br>             *Defendant.* | Case No. 2:25-cv-00888-TLN-AC<br><br>**[PROPOSED ORDER GRANTING] STIPULATION OF DISMISSAL** |

- 1 -
PROPOSED ORDER

*Aussieker v. Aghazadeh*

**[PROPOSED ORDER GRANTING]**

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that this matter is dismissed with prejudice, with each party to bear its own fees and costs.

*BY THE COURT:*

_____

Hon. Allison Claire, J.

- 2 -

PROPOSED ORDER

*Aussieker v. Aghazadeh*