Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

*Local Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK AUSSIEKER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**OMID AGHAZADEH d/b/a "GOLDEN CAPITAL HOLDINGS"**<br><br>*Defendant.* | Case No. 2:25-cv-00888-TLN-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL** |

- 1 -
PROPOSED ORDER

*Aussieker v. Aghazadeh*

**[~~PROPOSED~~ ORDER GRANTING]**

## STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, this 25th day of June, 2026, it is hereby ORDERED that this matter is dismissed with prejudice, with each party to bear its own fees and costs.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 2 -
PROPOSED ORDER

_Aussieker v. Aghazadeh_